**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT FRANKFORT
CASE NO. _____**

**GOLDBERG SIMPSON, LLC,** *et al.*                                                       **PLAINTIFFS**

**v.**

**EVANSTON INSURANCE COMPANY,** *et al.*                                    **DEFENDANTS**

**NOTICE OF REMOVAL**

The Defendants, Evanston Insurance Company ("Evanston") and Markel Service, Incorporated ("MSI"), by and through counsel, file this Notice of Removal to the United States District Court for the Eastern District of Kentucky, Frankfort Division, stating as follows:

1. On December 14, 2020, the Plaintiffs, Goldberg Simpson, LLC and GS Closing, LLC, filed a Complaint against Evanston and MSI in the Franklin County, Kentucky Circuit Court. The Franklin Circuit Court Clerk assigned the Complaint Civil Action No. 20-CI-00967.

2. Evanston and MSI were served with a copy of the Summons and Complaint on December 21, 2020. A copy of the Summons and Complaint are attached as Exhibit 1 and constitute all of the process, pleadings and other papers served on Evanston and MSI to date in this action.

3. This is a civil action in which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332, and which may be removed to this Court by Defendants pursuant to 28 U.S.C. § 1441 *et seq.* since it involves a civil action where the amount in controversy, exclusive of interest and costs, exceeds $75,000.00, and citizens of different states, as follows:

    (a)     Plaintiff, Goldberg Simpson, LLC is a Kentucky LLC with its principal place of business at 9301 Dayflower Street, Prospect, KY 40059.

  (b)  Plaintiff, GS Closing, LLC is a Kentucky corporation with its principal place of business at 9301 Dayflower Street, Prospect, KY 40059.

  (c)  Defendant, Evanston Insurance Company is an Illinois corporation with its principal place of business in Rosemont, IL.

  (d)  Defendant, Markel Service, Incorporated is a Virginia corporation with its principal place of business in Glen Allen, VA

  4.  A Memorandum of Points and Authorities in support of Defendants right to remove this action is attached as Exhibit 2 and incorporated by reference herein.

  5.  The date by which the Defendants are required to file an Answer or otherwise plead to the Complaint has not expired.

  6.  Defendants' Notice of Removal is filed within 30 days after the Defendants were served with a copy of the Summons and Complaint in this action and accordingly, this Civil Action is properly removable pursuant to 28 U.S.C. § 1441(a).

  7.  A true and accurate copy of the Notice of Removal will be filed with the Franklin Circuit Court Clerk, pursuant to 28 U.S.C. § 1446(d).

  WHEREFORE, the Defendants, Evanston Insurance Company and Markel Service, Incorporated, give notice of the removal of this action from the Franklin County, Kentucky Circuit Court to the United States District Court for the Eastern District of Kentucky at Frankfort.

Respectfully submitted,

*/s/ Jeffrey C. Mando*
Jeffrey C. Mando, Esq. (#43548)
ADAMS LAW, PLLC
40 West Pike Street
Covington, KY  41011
859.394.6200
859.392.7263 – Fax
jmando@adamsattorneys.com

*Attorney for Defendants, Evanston Insurance Company and Markel Service, Incorporated*

## CERTIFICATE OF SERVICE

I hereby certify that on this **19th** day of January, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that a true and correct copy of the foregoing was served via electronic mail, upon the following:

M. Austin Mehr, Esq.
MEHR, FAIRBANKS & PETERSON, PLLC
201 West Short Street
Suite 800
Lexington, KY  40507
amehr@austinmehr.com

*/s/ Jeffrey C. Mando*
Jeffrey C. Mando, Esq.